# Exhibit D

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-19 | 1 | Y | IR | Plt Rd Dia Stud ER Appx 2Ct TW | | |
| 1B-19 | 2 | Y | 15319674 | Le Tallec Initial Box GD I | | |
| 1B-19 | 3 | Y | | Profile Dia Butterfly Brooch 18K | N/A | |
| 1B-19 | 4 | N | | Hermes Printed Enamel Bangle | | |
| 1B-19 | 5 | N | | Hermes Printed Enamel Bangle | | |
| 1B-18 | 6 | Y | IR | Schlumerbger Fish Brooch | | |
| 1B-18 | 7 | Y | 13180148 | PT FWK CTAH DI 3.35TW BR | | |
| 1B-18 | 8 | Y | 14242627 | 18Y HT w/ Cabochon Turquoise Brooch | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1B-18 | 9 | PD | | Possibly PD Sampel - Pizasso Zelliege Ball Clasp with  Blue Chalcedony Beads | |  |
| 1B-18 | 10 | N | | Alternating Pearl Necklace no clasp | |  |
| 1B-18 | 11 | N | | Pearl Necklace non TCO Quality | |  |
| 1B-18 | 12 | Y | 17398997 | STERL 3-STRAND TURQUOISE NECKLACE | N/A |  |
| 1B-18 | 13 | Y | | Tiffany Pearl Strand, Pre Signature Clasp | |  |
| 1B-18 | 14 | Y | 21921394 | 18Y Pendant Chain 16IN | |  |
| 1B-18 | 15 | Y | 21921386 | 18Y Pedant Chain 18IN | |  |
| 1B-18 | 16 | Y | 24469905 | 18K Oval Link Pdt Chain 18In | |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B-18 | 17 | Y | 24469905 | 18K Oval Link Pdt Chain 18In | |  |
| 1B-18 | 18 | Y | 24470016 | 18Y SM BEAD PDT CHN 36IN | |  |
| 1B-18 | 19 | Y | 24470016 | 18Y SM BEAD PDT CHN 36IN | |  |
| 1B-18 | 20 | Y | 22681516 | Peretti Keshi Pearls 18K FWP SPKL NECKLACE 36IN ☒ | |  |
| 1B-18 | 21 | Y | 21921394 | 18Y Pendant Chain 16IN | |  |
| 1B-18 | 22 | Y | | Twist Rope Clover Link Necklace 36 inch | |  |
| 1B-18 | 23 | Y | 14853685 | Schlumberger 18K Y Chain 16 IN | |  |
| 1B-18 | 24 | Y | 24469867 | 18W OVAL LINK PDT CHN30IN | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B-18 | 25 | Y | 24469905 | 18K Oval Link Pdt Chain 18In | | |
| 1B-18 | 26 | Y | 14853723 | Schlumberger 18K Y Chain 24IN | | |
| 1B-18 | 27 | Y | 21921386 | 18Y Pedant Chain 18IN | | |
| 1B-18 | 28 | Y | 24469859 | 18W OVAL LINK PDT CHN24IN | | |
| 1B-18 | 29 | Y | 24469859 | 18W OVAL LINK PDT CHN24IN | | |
| 1B-18 | 30 | Y | 14853731 | Schlumberger 18K Y Chain 30IN | | |
| 1B-18 | 31 | Y | 21921394 | 18Y Pendant Chain 16IN | | |
| 1B-18 | 32 | Y | 24469859 | 18W OVAL LINK PDT CHN24IN | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B-18 | 33 | Y | | 10IN 18K White Gold Chain | N/A | |
| 1B-18 | 34 | Y | 24469913 | 18Y OVAL LINK PDT CHN20IN | | |
| 1B-18 | 35 | N | | Trurq Bead Chain 18K  Y 24IN | | |
| 1B-18 | 36 | Y | 23742721 | 18Y Zellige Col Enamel NL 36in | | |
| 1B-18 | 37 | Y | 25842332 | Picasso 18Y TURQ STARSTATN NL42IN | | |
| 1B-18 | 38 | Y | 10774241 | 18Y DBYSPRKL1 12DI1.21 NL | | |
| 1B-18 | 39 | N | | 18Y 5 pearl drop NL | | |
| 1B-18 | 40 | Y | 22819313 | 18Y BJ RD 62MM PDT MESH | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 41 | Y | 25868587 | PALOMA'S MARRAKESH EGG PENDANT | | |
| 1B-18 | 42 | Y | 24467198 | 18Y DI QUATREFOIL KEY | | |
| 1B-18 | 43 | Y | 26887623 | 18R LG DI DAISY KEY | | |
| 1B-18 | 44 | Y | 24467708 | 18Y XL OVAL KEY | | |
| 1B-18 | 45 | Y | 28800029 | 18K VP PALM LAPIS PENDANT LARGE 30IN | | |
| 1B-18 | 46 | N | | Dia Pave Sunburst on crystal | | |
| 1B-18 | 47 | Y | 24412741 | Picasso 18Y 17 stone Dots NL, PK Tour, Cit, Per, Am | | |
| 1B-18 | 48 | Y | 10634202 | Peretti SS K Pdt | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|--------------|-----------|
| 1B-18 | 49 | Y | 18480336 | PT DI RK Crystal Tassel NL 20IN | | |
| 1B-18 | 50 | N | | Turq Charm Wire Wrap | | |
| 1B-18 | 51 | Y | 11458297 | 18Y Egg w Turquoise Charm | | |
| 1B-18 | 52 | Y | 19760405 | PT EC Rubelite 9.72CT NL | | |
| 1B-18 | 53 | N | | 18K Peridot Torsade | | |
| 1B-18 | 54 | ? | | Cats Eye Moon Stone Ring with Diamonds | N/A | |
| 1B-18 | 55 | ? | | Plat Dia / Champagne Diamond Pearl Ring | N/A | |
| 1B-18 | 56 | Y | 24249573 | 18Y Frost Rock Crystal Cab Ring Sz 7 | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 57 | Y | 19687228 | Picasso 18Y DB Oval Green Torm Cab Ring | | |
| 1B-18 | 58 | Y | 22196502 | 18Y DBZL RDCAB AM RG 6.5 | | |
| 1B-18 | 59 | Y | 24249735 | 18Y RKCRYS SGRLOAF CAB RG | | |
| 1B-18 | 60 | Y | 17530003 | 18Y DB OV 12X10MM TURQ RG | N/A | |
| 1B-18 | 61 | Y | 17022474 | 18Y PVE LEAF SSP DI RG6 | | |
| 1B-18 | 62 | Y | 27314341 | 18WY CALIFE 2BD | | |
| 1B-18 | 63 | Y | 27314341 | 18WY CALIFE 2BD | | |
| 1B-18 | 64 | Y | | 14K Signet Ring ILO | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 65 | Y | 18527308 | PT 2.5MM Legacy Cush Rg | | |
| 1B-18 | 66 | Y | 18527308 | PT 2.5MM Legacy Cush Rg | | |
| 1B-18 | 67 | Y | 14764895 | 18Y 2MM LUCIDA RG 6 | | |
| 1B-18 | 68 | Y | 14767525 | Lucida Band Ring 18Y 4.5mm Size 6.5 | | |
| 1B-18 | 69 | Y | 27611753 | 18Y Dotlos Rd Enam WD RG 7 | | |
| 1B-18 | 70 | N | | 14K Signet Ring possibly rubellite | | |
| 1B-18 | 71 | N | | D. Vatche Blue Sapphire / Dia 3 Stone Ring | | |
| 1B-18 | 72 | Y | 21104116 | Ghery Torque Ring Agate | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 73 | Y | | Ghery Torque Ring Crystal | | |
| 1B-18 | 74 | Y | 22750372 | Ghery Torque Ring - Moss Agate or Jade | | |
| 1B-18 | 75 | Y | 22742221 | Ghery Torque Ring - Possibly Red Jasper | | |
| 1B-18 | 76 | Y | 22742337 | Ghery Torque Ring Lapis | | |
| 1B-18 | 77 | Y | 21104205 | Ghery Torque Ring Cachalong Opal | | |
| 1B-18 | 78 | Y | 22742566 | Ghery Torque Ring MACASSAR EBONY | | |
| 1B-18 | 79 | Y | 22743449 | Ghery Torque Stone Ring - Jade? | | |
| 1B-18 | 80 | Y | 21104264 | Ghery Torque Ring - Possibly Black Jade | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 81 | Y | IR | 18K Dbl Bezel Green Tourmaline Earring | N/A | |
| 1B-18 | 82 | Y | | 18KY Diamond Pave Dome ER | | |
| 1B-18 | 83 | Y | IR | EC Aquamarine Sparkles Earrings | | |
| 1B-18 | 84 | Y | 18457598 | Tiffany Rose Drop Earring PR DI 3.05 | | |
| 1B-18 | 85 | Y | 10983517 | Picasso Mini XZ E/R 18K | | |
| 1B-18 | 86 | Y | 12181914 | 18K BANANA EAR CLIPS/DARK GREEN ENAMEL | | |
| 1B-18 | 87 | N | | Plat Pave Black Onyx Bead Drop EC | | |
| 1B-18 | 88 | PD | | PT CTAH Stud Appx 15mm | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B-18 | 89 | Y | 21950866 | PT Dia Ivy Long Drop ER | | |
| 1B-18 | 90 | Y | | Acorn ER dated to around 1990 / 91 | | |
| 1B-18 | 91 | Y | | Acorns for item # 90  18KY Dia / YD | | |
| 1B-18 | 92 | Y | 22842412 | PLAT SEED PERAL/DIAMOND FRINGE EARRING | | |
| 1B-18 | 93 | N | | 18KY Gemstone Half Dome Drop ER | | |
| 1B-18 | 94 | Y | 13107084 | PT DI CTAH DBL STD 11.8 | | |
| 1B-18 | 95 | Y | 13108366 | PLAT VICTORIA CLTD PEARL/DI ER 8-8.5MM | | |
| 1B-18 | 96 | Y | 27911064 | Palomas Venezia Luce Drop Earrings 18KY Med | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1B-18 | 97 | Y | 15149663 | 18KY Stars Agate RU1 20EC | | |
| 1B-18 | 98 | Y | | Schlumberger 18KY / PT Ruby ER Birds Nes ER with Pink Sapphire | | |
| 1B-18 | 99 | Y | 14311963 | PLAT/18K ANEMONE DI/YLSA/PKSA ER | N/A | |
| 1B-18 | 100 | Y | 12809093 | Schlumberger 5 Torquoise Cab 4 Dia Snowflake | | |
| 1B-18 | 101 | PD | | Conch Pearl / Dia Stud ER | | |
| 1B-18 | 102 | PD | | PT Tourquise Bead Stud ER | | |
| 1B-18 | 103 | PD | | Conch Pearl / Dia Stud ER | | |
| 1B-18 | 104 | Y | 17695231 | PLAT ART DECO AQUA DIAMOND EARRING | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B-18 | 105 | Y | | 18KY Tourquoise Drop ER | |  |
| 1B-18 | 106 | Y | 11437508 | White Agate w Gold Bead Schlum Cufflinks | |  |
| 1B-18 | 107 | Y | | Baume & Mercier / TCO Gala Watch 18K & Diamond | N/A |  |
| 1B-18 | 108 | Y | 17042548 | 18K SM RD MARK QUARTZ RESONATOR STP/ROM | |  |
| 1B-18 | 109 | Y | 13085935 | SM ST SQ CLS Watch White Face with Arabic Numerals | |  |
| 1B-18 | 110 | Y | 17041827 | 18K SM COUPE MARK QUARTZ RES STRAP/ROMAN | |  |
| 1B-18 | 111 | Y | 15855444 | 18KW SM DIAMOND BEZEL TWENTY-4 BLT GRAY  Patek / TCO | N/A |  |
| 1B-18 | 112 | Y | 18679078 | Luicda Blue Sapphire / Diamond Rect Watch | |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B-18 | 113 | Y | 19862003 | 18W SQUARE CUSHION DIAMOND QUARTZ STP |  |  |
| 1B-18 | 114 | Y | 15505303 | 18K SM RD QUARTZ DATE STRAP/TAN  Patek   / TCO Watch | N/A |  |
| 1B-18 | 115 | Y | 10505984 | 18K LG ROUND ATLAS STRAP GOLD |  |  |
| 1B-18 | 116 | Y | 11593097 | Heart perfume flask and funnel set in sterling silver Engraved ILO |  |  |
| 1B17 | 117 | Y | IR | Schlumberger 18KT DIA E/C 2DIA .30CTS |  |  |
| 1B17 | 118 | N | | Triangle Amethyst ER | |  |
| 1B17 | 119 | N | | Amethyst Drop ER 14K gold | |  |
| 1B17 | 120 | N | | 14K Signet Ring | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B17 | 121 | Y | 10593832 | 14K Split Ring KR | N/A | |
| 1B17 | 122 | Y | | Schlumber Rope Buckle Pin 1990 | | |
| 1B17 | 123 | Y | 14442898 | Peretti Red Lacq Bangle | | |
| 1B17 | 124 | Y | 10596033 | 14K Round Tag Charm on 18K TCO Chain 36in | N/A | |
| | 124 | Y | 21921661 | 18Y PENDANT CHAIN 36IN | | |
| 1B17 | 125 | N | | SS IER Inc  Nugget Strand | | |
| 1B17 | 126 | N | | 36in Amethys Bead NL SS Clasp | | |
| 1B17 | 127 | Y | IR | 30in Pearl Strand 18K Sig Clasp 6.5-7MM | N/A | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B17 | 128 | Y | IR | 24in Pearl Strand 18K Sig Clasp 8-8.5MM | N/A | |
| 1B17 | 129 | Y | 14220267 | 18in Pearl Strand 18K Sig Clasp 8-8.5MM | | |
| 1B17 | 130 | PD | | Tumbled Rose Quartz w 18K Signature Clasp | | |
| 1B17 | 131 | PD | | Tumbled Rose Quartz w 18K Signature Clasp | | |
| 1B16 | 132 | Y | 23733684 | MD Pine Lacquer Bangle Peretti | | |
| 1B16 | 133 | Y | 26430313 | Lg Blue Lacquer Bagle | | |
| 1B16 | 134 | Y | 23733552 | Lg Pine lacquer Bangle | | |
| 1B16 | 135 | Y | 23867141 | Lg Persmimon Lacq Bngl Peretti | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B16 | 136 | Y | 23867168 | Lg Orchid lacq Bangle | | |
| 1B16 | 137 | Y | 21855235 | Lg Urumi Lacq Bangle | | |
| 1B16 | 138 | Y | 26232813 | 18W DI RD Metro Hinged Bangle | | |
| 1B16 | 139 | Y | 18411733 | PT DI VOILE 3ROW BLT | | |
| 1B16 | 140 | Y | 12068867 | 18K OPEN SQUARE BRACELET 7IN | | |
| 1B16 | 141 | N | | Quartz Oval Bead Link Blt 14K | | |
| 1B16 | 142 | N | | Quartz Alt Oval / Rd Link Blt 14K | | |
| 1B16 | 143 | Y | 14544089 | Garland Bracelet PT DI 1.05ct 7IN Engraved Robert / Ingrid | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B16 | 144A | Y | 24092003 | Schlumberger 18K Charm Link Bracelet |  |  |
| 1B16 | 144B | Y | 11458297 | 18Y Egg W Torqoise Charm |  | |
| 1B16 | 144C | Y | 10917255 | 18Y Egg W Lapis Charm |  |  |
| 1B16 | 145 | Y | | Bead Blt Alternating Blk Onxy Dia / 2 Carnelian?? Bead 7 1/2 inch | |  |
| 1B16 | 146 | Y | | Bead Blt Alternating Blk Onxy Dia / 2 Carnelian?? Bead 7 1/2 inch | |  |
| 1B16 | 147 | Y | 26658543 | 18K MD RTT TIGEYE BRACELET |  |  |
| 1B16 | 148 | Y | 26658543 | 18K MD RTT TIGEYE BRACELET |  |  |
| 1B16 | 149 | Y | | Gehry Wide Torque Bangle Possibly Adventurin or Green Jade |  |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B16 | 150 | Y | | Gehry Wide Torque Bangle Possibly Adventurin or Green Jade |  |  |
| 1B16 | 151 | Y | 22778692 | Gehry TORQUE BJ PYRITE WD BANGLE LG |  |  |
| 1B16 | 152 | PD | | Gehry Wide Torque White Ceramic | N/A |  |
| 1B16 | 153 | PD | | Picasso Hammered Tourquoise Cuff Sample | |  |
| 1B16 | 154 | Y | 12041705 | 18K Dotlos Lbl Enaml Blt Schlumberger |  |  |
| 1B16 | 155 | Y | | WG 4 inch chain | |  |
| 1B16 | 156 | Y | 21921386 | 18Y Pedant Chain 18IN | |  |
| 1B16 | 157 | Y | 21921394 | 18Y Pendant Chain 16IN | |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B16 | 158 | Y | 24470016 | 18Y SM BEAD PDT CHN 36IN | | |
| 1B15 | 159 | Y | 22842544 | 1837 Padlock Key Ring | | |
| 1B15 | 160 | Y | 28358814 | Pt Di Daisy ER PT DI TF ENCHNT FLWR ER 🖾 | | |
| 1B15 | 161 | Y | 28646453 | PT DI .61TW TIF SLST ER | | |
| 1B15 | 162 | ? | | 18K? Watch blt section | | |
| 1B15 | 163 | Y | 25427858 | 18R HAMMERED SM HP ER | | |
| 1B15 | 164 | Y | 29109427 | PLAT DIA RD TANZANITE SLST EARRINGS | | |
| 1B15 | 165 | Y | 13209561 | SS / Grn Enamel Button Clip | N/A | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1B15 | 166 | Y | 10907152 | PLAT/18K LYNN DIAMOND EARRINGS | | |
| 1B15 | 167 | Y | 10907152 | PLAT/18K LYNN DIAMOND EARRINGS | | |
| 1B15 | 168 | Y | 28358814 | Pt Di Daisy ER PT DI TF ENCHNT FLWR ER ⊠ | | |
| 1B15 | 169 | Y | 29109427 | PLAT DIA RD TANZANITE SLST EARRINGS | | |
| 1B15 | 170 | Y | 29109427 | PLAT DIA RD TANZANITE SLST EARRINGS | | |
| 1B15 | 171 | Y | 29109427 | PLAT DIA RD TANZANITE SLST EARRINGS | | |
| 1B15 | 172 | Y | 10907152 | PLAT/18K LYNN DIAMOND EARRINGS | | |
| 1B15 | 173 | Y | 25427858 | 18R HAMMERED SM HP ER | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B15 | 174 | Y | 25868579 | SS Hammered Drop ER 3 Round Drops | | |
| 1B15 | 175 | Y | 28799934 | STERL Villa Paloma PALM EARRINGS MEDIUM | | |
| 1B15 | 176 | Y | 25785169 | PT DI OCTAGON KEY | | |
| 1B15 | 177 | Y | 25785142 | PT DI CHECKERBOARD KEY | | |
| 1B15 | 178 | Y | 25785142 | PT DI CHECKERBOARD KEY | | |
| 1B15 | 179 | Y | 26887763 | 18Y SM DI DAISY KEY | | |
| 1B15 | 180 | Y | 26887763 | 18Y SM DI DAISY KEY | | |
| 1B15 | 181 | Y | 26887763 | 18Y SM DI DAISY KEY | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B15 | 182 | Y | 26887763 | 18Y SM DI DAISY KEY | | |
| 1B15 | 183 | Y | 28799896 | Sterling Villa Paloma Trellis Wide Bangle | | |
| 1B15 | 184 | Y | 26232813 | 18W DI RD Metro Hinged Bangle | | |
| 1B15 | 185 | Y | 26232813 | 18W DI RD Metro Hinged Bangle | | |
| 1B15 | 186 | Y | 25102797 | SS 2 Orange Starfish Key | | |
| 1B15 | 187 | Y | PD | Daisy Enamel Kery Ring | N/A | |
| 1B15 | 188 | Y | 25102797 | SS 2 Orange Starfish Key | | |
| 1B15 | 189 | Y | 25102797 | SS 2 Orange Starfish Key | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|--------------------|-----------|
| 1B15 | 190 | Y | 25102797 | SS 2 Orange Starfish Key | | |
| 1B15 | 191 | Y | PD | Picasso Marakesh KR | | |
| 1B15 | 192 | Y | PD | Picasso Loving Heart Swirl KR | | |
| 1B15 | 193 | Y | 23869039 | St Atlas Padlock Watch | | |
| 1B15 | 194 | Y | 23869039 | St Atlas Padlock Watch | | |
| 1B15 | 195 | Y | 23259117 | SS CHRISTMAS TREE CHM | | |
| 1B15 | 196 | Y | 22984284 | SS BLU BOW BOX CHARM | | |
| 1B15 | 197 | Y | 29109435 | PLAT DIA RD TANZANITE Solest PENDANT | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B15 | 198 | Y | 29109435 | PLAT DIA RD TANZANITE Solest PENDANT | | |
| 1B15 | 199 | Y | 29109435 | PLAT DIA RD TANZANITE Solest PENDANT | | N/A |
| 1B15 | 200 | Y | 29109435 | PLAT DIA RD TANZANITE Solest PENDANT | | |
| 1B15 | 201 | Y | 28800029 | 18K VP PALM LAPIS PENDANT LARGE 30IN | | |
| 1B15 | 202 | Y | 28800029 | 18K VP PALM LAPIS PENDANT LARGE 30IN | | |
| 1B15 | 203 | Y | 28800045 | 18Y Villa Paloma PALM PDT LG 30IN | | |
| 1B15 | 204 | Y | 25973178 | SS MRK DOME PDT SM 16IN | | |
| 1B15 | 205 | Y | 24602109 | PT DI PETALS KEY w WG Chain | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|--------------|-----------|
| 1B15 | 206 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN |  |  |
| 1B15 | 207 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN |  |  |
| 1B15 | 208 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN |  |  |
| 1B14 | 209 | Y | 16675008 | 18K LG RD LIMITED EDITION T-150 STRAP |  |  |
| 1B14 | 210 | Y | 19928977 | Patek 18K M18Y RC GOND STP 5111Y |  |  |
| 1B14 | 211 | Y | 17042416 | PLAT LG RD MARK MECHANICAL STRAP/ROMAN |  |  |
| 1B14 | 212 | Y | 12295715 | LG 18Y RD STP WH/APP/ROM |  |  |
| 1B14 | 213 | Y | 17828436 | PLAT TM LG RD AUTO STP Day Date Moon Moonth |  |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B14 | 214 | Y | 18967286 | Patek M 18W RD CAL SUB STP 5196 | N/A |  |
| 1B14 | 215 | Y | 17042076 | Tiffany Mark Automatic Large 18K |  |  |
| 1B14 | 216 | Y | 19291073 | Tiffany Grand Watch Automatic / Mechanical 18K |  |  |
| 1B14 | 217 | Y | 17041975 | Tiffany Mark Watch Automatic Steel | | |
| 1B14 | 218 | N | | Verdura 18K Yellow w Bezel Set Dia | |  |
| 1B14 | 219 | Y | IR | 18K OVAL TANZANITE RING | N/A | |
| 1B14 | 220 | N | | 18K WG Peridot? / Dia Ring | |  |
| 1B14 | 221 | Y | 16326127 | 18Y FC RD DI 3.9MM RG 7.5 | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B14 | 222 | Y | 16326127 | 18Y FC RD DI 3.9MM RG 7.5 | | |
| 1B14 | 223 | Y | 16326127 | 18Y FC RD DI 3.9MM RG 7.5 | | |
| 1B14 | 224 | Y | 10915074 | 18K/ENAMEL OLIVE CL | | |
| 1B14 | 225 | Y | | 18K Green Enamel CL | | |
| 1B14 | 226 | Y | 25185455 | 18K MD DIAMOND METRO HOOP EARRING | | |
| 1B14 | 227 | Y | 25427831 | 18R HAMMERED LG HOOP EARRING | | |
| 1B14 | 228 | N | | 36in gold Trq Bead / Bezel Dia NL | | |
| 1B14 | 229 | Y | 12637691 | Schlumberger 18K SPRAY BRACELET 7IN ☒ | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1B13 | 230 | Y | 19861872 | 18W ROUND CUSHION DIAMOND QUARTZ STP | | |
| 1B13 | 231 | Y | 23190176 | 18K PALOMAS CALIFE 9 BAND RING | | |
| 1B13 | 232 | N | | Round Dia Plat 3 Stone Ring | | |
| 1B13 | 233 | Y | 16325791 | PLAT CHNL SET RD DIAMOND 4MM BAND | | |
| 1B13 | 234 | Y | 16325791 | PLAT CHNL SET RD DIAMOND 4MM BAND | | |
| 1B13 | 235 | Y | 27632734 | PLAT TIF GRACE DIAMOND STUD EARRING | | |
| 1B12 | 236 | Y | 17042556 | Tiffany Mark Watch Quartz resonator Steel | | |
| 1B12 | 237 | Y | 14220321 | 18K CP BLT 7.5-8MM 7IN DBL SD X CLSP | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B12 | 238 | Y | 26597498 | 18W MD DIAMOND RTT HEART TAG BRACELET | | |
| 1B12 | 239A | Y | 18967529 | STERL RETURN TO TIFFANY HRT TAG BLT7.5IN | | |
| 1B12 | 239B | Y | 23099969 | SS PINK SA ETOILE HRT CHM | | |
| 1B12 | 239C | Y | 22984284 | SS BLU BOW BOX CHARM | | |
| 1B12 | 239D | Y | 23019477 | STERL PALM TREE CHARM | | |
| 1B12 | 239E | Y | PD | Tiffany Blue Enamel Heart | | |
| 1B12 | 239F | Y | 23156105 | STERL APPLE CHARM | | |
| 1B12 | 239G | Y | 23259109 | STERL MAN IN MOON CHARM | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B12 | 239H | Y | 23259117 | SS CHRISTMAS TREE CHM | | |
| 1B12 | 239I | Y | PD | Red Enamel Heart | | |
| 1B12 | 239J | Y | 23156121 | STERL AIRPLANE CHARM | | |
| 1B12 | 240 | Y | 23124912 | SS YL GRN PINEAPPLE KR | | |
| 1B12 | 241 | Y | 25441036 | 18R HAMMERED RING 7 | | |
| 1B12 | 242 | Y | 25430115 | 18K HAMMERED RING 4 | | |
| 1B12 | 243 | Y | PD | Picasso True Love Wide Ring with Amethyst | | |
| 1B12 | 244 | Y | 26039924 | PLAT LOVE DIAMOND CHARM | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B12 | 245 | Y | 26039924 | PLAT LOVE DIAMOND CHARM | | |
| 1B12 | 246 | Y | PD | SS Red Enamel Heart Charm | | |
| 1B12 | 247 | Y | 23013134 | 18Y NOTES TCO HEART TAG CHARM | | |
| 1B12 | 248 | Y | 27552447 | 18K SM ANCHOR RD TWIST CHARM | | |
| 1B12 | 249 | Y | 14478388 | 14Y MD Heart Locket | | |
| 1B12 | 250 | Y | 14478388 | 14Y MD Heart Locket | | |
| 1B12 | 251 | Y | 10583039 | 18K PLAIN KNOT CUFFLINKS | | |
| 1B12 | 252 | Y | 10583039 | 18K PLAIN KNOT CUFFLINKS | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B12 | 253 | Y | 17269488 | 18K OVAL ENGRAVABLE CUFFLINKS Engraved DOM | | |
| 1B12 | 254 | Y | PD | Picasso SS Sugar Stack Cuff Link Chysoprase?? | | |
| 1B12 | 255 | Y | 21101257 | STERL FISH STONE WOOD DROP EARRING | | |
| 1B12 | 256 | Y | 22395661 | 18W PINK SAPPHIRE DROP CHAIN EARRING | | |
| 1B12 | 257 | Y | 23772205 | 18K SUGAR STACKS AMETHYST EARRING | | |
| 1B12 | 258 | N | | Green / Peridot Pave Dots ER | | |
| 1B12 | 259 | Y | 12978561 | STERL CRCL CLSP 8-STRD FWP NL 16IN | | |
| 1B12 | 260 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B12 | 261 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN | | N/A |
| 1B12 | 262 | Y | 27954987 | 18K GOLDONI HEART PENDANT 16IN | | |
| 1B12 | 263 | Y | 27906001 | 18K DIAMOND PAVE STELLA SM PENDANT 16IN | | N/A |
| 1B12 | 264 | Y | 18412268 | PLAT DI TIFFANY VOILE SM PDT 16IN | | |
| 1B12 | 265 | Y | 22395696 | 18W PINK SAPPHIRE DROP CHAIN PDT 16IN | | |
| 1B11 | 266 | Y | 21921386 | 18Y Pedant Chain 18IN | | |
| 1B11 | 267 | Y | | 14K Signet Ring Engraved ROA | | |
| 1B11 | 268 | Y | 18291096 | The Tiffany Mark® quartz chronograph, large. Stainless steel. | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B11 | 269 | Y | 26499704 | Atlas Dome Watch STEEL LG ATL DOME AU BLT BK ⊠ |  |  |
| 1B11 | 270 | Y | 11045588 | 18K FISH RUBY CUFFLINKS | N/A |  |
| 1B11 | 271 | Y | 10916178 | Schlumberger Taj Mahal Diamond Shirt Stud |  | |
| 1B11 | 272 | Y | 14063773 | 18K DGL RIBBED CUFFLINKS/BLUE |  |  |
| 1B11 | 273 | Y | 10915007 | 18K LG WOVEN KNOTS CUFFLINKS |  |  |
| 1B11 | 274 | Y | 10915015 | 18K SM WOVEN KNOTS CUFFLINKS |  |  |
| 1B11 | 275 | Y | 27001149 | 18K MARRAKESH RED ENAM CUFFLINK |  |  |
| 1B11 | 276 | Y | 12718934 | 18K CONCH SHELL CUFFLINKS | N/A |  |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B11 | 277 | Y | 14606955 | 18K BUY/SELL/HOLD CUBE CL | | |
| 1B11 | 278 | Y | 14478221 | 18K PECTEN SHELL CUFFLINKS | | |
| 1B11 | 279 | Y | 19482286 | 18Y TAJ MAHAL RD DI CL | | |
| 1B11 | 280 | Y | 10914981 | 18K BERNIC CUFFLINKS | | |
| 1B11 | 281 | Y | | 18K Square Cufflink, MOP and Ruby inlay | | |
| 1B11 | 282 | Y | 16989061 | Carnelian Biscayne CL 18K Y | | |
| 1B11 | 283 | Y | 18046504 | 18Y PALOMA'S GRV BAR CL | | |
| 1B11 | 284 | Y | 11385044 | 18K CHEOPS CUFFLINKS/BLACK ENAMEL | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|---------------------|----------------|-----------|
| 1B11 | 285 | Y | 12309392 | 14Y PROPELLER CL | | |
| 1B11 | 286 | Y | 13634734 | 18Y OVAL GROOVED CL | N/A | |
| 1B11 | 287 | Y | 10582741 | 18K BUTTON CUFFLINKS/WINGBACK | N/A | |
| 1B11 | 288 | Y | PD | Green Enamel Cufflink Sample | | |
| 1B11 | 289 | Y | 13419531 | 18K PLAIN OVAL WB CL engrave RAO | N/A | |
| 1B11 | 290 | Y | 13653356 | SS YELL/BL POS/NEG EN. CL | | |
| 1B11 | 291 | Y | 13653356 | SS YELL/BL POS/NEG EN. CL | | |
| 1B11 | 292 | Y | | SS Green / Red Round Enamel Swirl CL | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1B11 | 293 | Y | PD | Antor Mark ES Painted Shell CL | | |
| 1B11 | 294 | Y | 12640331 | 18K LOG CUFFLINKS/ BLUE ENAMEL | | |
| 1B11 | 295 | Y | 10583772 | 18K TWIST KNOT CUFFLINKS | | |
| 1B11 | 296 | Y | 14239367 | 18Y BAMBOO CL | | |
| 1B11 | 297 | Y | 10916178 | Schlumberger 18K Y Dia Taj Majhal Cufflink | | |
| 1B11 | 298 | Y | | Hematite Barbell Cufflink | | |
| 1B11 | 299 | Y | 10587336 | 14K Knot Shirt Studs | | |
| 1B11 | 300 | Y | 10587336 | 14K Knot Shirt Studs | | |

| Bag # | ITEM # | TCO Y/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|---|---|---|---|---|---|---|
| 1B11 | 301 | Y | 19332063 | 18Y ACORN MALCHTE CL | | |
| 1B11 | 302 | N | | 18K Yellow Gold Pine Cone CL MISH | | |
| 1B11 | 303 | Y | 13197474 | 18K ROPE COIL CUFFLINK | | |
| 1B11 | 304 | Y | | 18K Y Diag Groove CL | | |
| 1B11 | 305 | Y | 10915171 | 18K ACORN HEMATITE CUFFLINKS | | |
| 1B11 | 306 | Y | | 18K Enam Oval Cuff Link  Blue Enam Spots | | |
| 1B11 | 307 | Y | 11437494 | Schlumberger WHITE AGATE W/TURQ BEADS CL | | |
| 1B11 | 308 | Y | 14996796 | 18K WHITE GOLD STREAMERICA CUFFLINKS | | |

| Bag # | ITEM # | TCO V/N | Sku | Updated Description | Tiff Ref Image | FBI Image |
|-------|--------|---------|-----|--------------------|----------------|-----------|
| 1811 | 309 | Y | | Schlumberger Enamel Sphere Cufflink Blue / Green | |  |