

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2013

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:   **United States v. Ingrid Lederhaas-Okun**
>        13 Cr. 560 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court so order the enclosed Stipulation and Order agreed to by the Government and Third-Party Petitioner Robert A. Okun.

                             Respectfully submitted,

                             PREET BHARARA
                             United States Attorney
                             Southern District of New York

By:        */s/ Alexander Wilson*
                             Alexander Wilson
                             Assistant United States Attorney
                             (212) 637-2453

cc:    Bernard Kleinman, Esq. (by ECF)
       Sabrina Shroff, Esq. (by ECF)