

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2014

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ingrid Lederhaas-Okun**
              13 Cr. 560 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court schedule a conference to address the third party petitions submitted by Robert A. Okun and Lloyds, London to certain assets covered by the Consent Preliminary Order of Forfeiture entered by the Court in this matter. Based on my conversations with counsel for the third party petitioners and with Your Honor's chambers, the Government requests that the conference be scheduled for May 29, 2014 at 11 a.m.

      Prior to the conference, the Government will consult with counsel for the third party petitioners further regarding the possibility of a joint proposal with respect to discovery and related matters, and shall submit a letter regarding those matters to the Court by May 22, 2014.

                                     Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney
                                   Southern District of New York

                      By:       */s/ Alexander Wilson*
                                   Alexander Wilson
                                   Assistant United States Attorney
                                   (212) 637-2453

cc:    Bernard Kleinman, Esq. (by ECF)
        Peter Rossi, Esq. (by ECF)