UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

INGRID LEDERHAAS-OKUN,
a/k/a "Ingrid Okun,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 2, 2014
        3

**ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

13 Cr. 560 (PGG)

Petitioners Robert Okun and Those Interested Underwriters at Lloyd's,

London have petitioned this Court for an ancillary hearing pursuant to 21 U.S.C. § 853(n)

and Fed. R. Crim. P. 32.2(c).  (Dkt. Nos. 13, 31)  Petitioners seek to adjudicate their

interests in property subject to a Consent Preliminary Order of Forfeiture and Money

Judgment entered on July 29, 2013.  (Dkt. No. 9)

After consultation with counsel for the parties, the Court refers the above-

captioned action to Magistrate Judge Pitman for settlement.  The parties are available for

a settlement conference during the week of July 14, 2014.

Dated: New York, New York
       July 2, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge