

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2015

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re: **United States v. Ingrid Lederhaas-Okun**
           13 Cr. 560 (PGG)

Dear Judge Gardephe:

     The Government respectfully requests that the Court so order the enclosed Stipulation and Order of Settlement agreed to by the Government and Third-Party Petitioner Robert A. Okun.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                  By:     */s/ Alexander Wilson*
                              Alexander Wilson
                              Assistant United States Attorney
                              (212) 637-2453

cc:    Bernard Kleinman, Esq. (by ECF)
       Peter Rossi, Esq. (by ECF)