```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,         :
                                  :
                                  :    ORDER
                                  :    13 Cr. 560 (PGG)
         - v. -                   :
                                  :
INGRID LEDERHAAS-OKUN,            :
a/k/a "INGRID OKUN,"              :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2015

WHEREAS on or about July 26, 2013, INGRID LEDERHAAS-OKUN, a/k/a "Ingrid Okun," (the defendant) pled guilty to a one-count Information pursuant to a plea agreement with the Government;

WHEREAS on or about December 23, 2013, the defendant was sentenced and ordered to pay restitution in the amount of $2,239,873 to Tiffany and Co. ("Tiffany");

WHEREAS, the Government has been informed by Tiffany that it was insured and has been fully compensated for its loss by Those Interested Underwriters at Lloyd's, London who subscribed to the contract of insurance numbered BO80111433W12;

WHEREAS, Title 18, United States Code, Section 3664(j)(1) provides in relevant part that "If a victim has received compensation from insurance or any other source with respect to a loss, the court shall order that restitution be

paid to the person who provided or is obligated to provide the compensation";

Upon the application of the United States, it is hereby ORDERED, that:

1. Pursuant to Title 18, United States Code, Section 3664(j)(1), all restitution payments in this matter shall be disbursed to Those Interested Underwriters at Lloyd's, London who subscribed to the contract of insurance numbered BO80111433W12, with payments to be directed to:

> Clyde & Co US LLP, as attorneys for Interested Underwriters
> The Chrysler Building
> 405 Lexington Avenue
> New York, NY 10174

So Ordered:   5/4/15

*Paul A. Engelmayer (for PGG)*
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK