

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2015

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ingrid Lederhaas-Okun**
              13 Cr. 560 (PGG)

Dear Judge Gardephe:

      The Government writes to confirm that entry of the Stipulation and Order of Settlement submitted by the Government on June 15, 2015 will resolve the last pending third party petition and terminate all remaining issues in this case. As a result, the conference scheduled for tomorrow would not be required.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney
      Southern District of New York

By:       _____
      Alexander Wilson
      Assistant United States Attorney
      (212) 637-2453

cc:      Peter Rossi, Esq. (by ECF)